**NOTICE OF FORM FOR APPEARANCE** (See Fifth Cir. Rule 12)

*Only attorneys admitted to the Bar of this Court may practice before the Court.  **Each attorney representing a party must complete a separate form.  (COMPLETE ENTIRE FORM** unless otherwise noted).*

Fifth Cir. Case NO. 26-50076

In re YouTube LLC                                          vs. _____

(Short Title)

The Clerk will enter my appearance as Counsel for  Defense Distributed

_____

(Please list names of all parties represented, attach additional pages if necessary.)

**The party(s) I represent IN THIS COURT**      ☐ Petitioner(s)   ✔ Respondent(s)   ☐ Amicus Curiae

☐ Appellant(s)      ☐ Appellee(s)      ☐ Intervenor

✔ I certify that the contact information below is current and identical to that listed in my Appellate Filer Account with PACER.

/s Chad Flores _____    chad@chadflores.law _____

(Signature)                                          (e-mail address)

Chad Flores                                         24059759

(Type or print name)                                (State/Bar No.)

_____

(Title, if any)

Flores Law PLLC

(Firm or Organization)

Address_____ 917 Franklin Street, Suite 600 _____

City & State Houston, Texas _____  Zip 77002 _____

Primary Tel. (713) 364-6640 ___ Cell Phone: _____ (Optional)

NOTE: When more than one attorney represents a single party or group of parties, counsel should designate a lead counsel.  In the event the court determines oral argument is necessary, lead counsel **only** will receive via e-mail a copy of the court's docket and acknowledgment form.  Other counsel must monitor the court's website for the posting of oral argument calendars.

**Name of Lead Counsel:** Chad Flores

A.  Name of any Circuit Judge of the Fifth Circuit who participated in this case in the district or bankruptcy court.

X

B.  Inquiry of Counsel.  To your knowledge:

(1)  Is there any case now pending in this court, which involves the same, substantially the same, similar or related isssue(s)?

✔ Yes      ☐ No

(2)  Is there any such case now pending in a District Court (i) within this Circuit, or (ii) in a Federal Administrative Agency which would likely be appealed to the Fifth Circuit?

✔ Yes      ☐ No

(3)  Is there any case such as (1) or (2) in which judgment or order has been entered and the case is on its way to this Court by appeal, petition to enforce, review, deny?

☐ Yes      ✔ No

(4)  Does this case qualify for calendaring priority under 5th Cir. R. 47.7?  If so, cite the type of case_____

If answer to (1), or (2), or (3), is yes, please give detailed information. Number and Style of Related Case:

Case number 25-51004 in this Court is an appeal from the same district court action that this

case concerns, Western District of Texas No. 1:25-cv-01095-ADA

Name of Court or Agency United States Court of Appeals for the Fifth Circuit / Western District of Texas

Status of Appeal (if any) Appeal dismissed for lack of jurisdiction; mandate not yet issued.

Other Status (if not appealed)_____

NOTE:  Attach sheet to give further details.                           DKT-5A REVISED June 2023