# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

February 06, 2026

Mr. Chad Flores
Flores Law, P.L.L.C.
917 Franklin Street
Suite 600
Houston, TX 77002

    No. 26-50076   In re: Youtube, L.L.C.
                      USDC No. 1:25-CV-1095

Dear Counsel:

This letter will serve to advise the Respondent that the court has requested a response to the Petitioners' Petition for Writ of Mandamus to be filed in this office on or before Friday, February 13, 2026.

                                      Sincerely,

                                      LYLE W. CAYCE, Clerk

                                      By: _____
                                      Jasmine J. Forman, Deputy Clerk

cc:
    Mr. Jonathan Alan Patchen