United States Court of Appeals
for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
February 10, 2026
Lyle W. Cayce
Clerk

No. 26-50076

In re Youtube, L.L.C.; Google, L.L.C.; Alphabet, Incorporated,

*Petitioners.*

───────────────────────────

Petition for a Writ of Mandamus
to the United States District Court
for the Western District of Texas
USDC No. 1:25-CV-1095

───────────────────────────

ORDER:

IT IS ORDERED that Petitioner's opposed emergency motion for a temporary administrative stay of the district court proceedings pending resolution of the petition for a writ of mandamus is GRANTED.

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT