# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

February 10, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

```
No. 26-50076    In re: Youtube, L.L.C.
                USDC No. 1:25-CV-1095
```

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Jasmine J. Forman, Deputy Clerk

Mr. Philip Devlin
Mr. Chad Flores
Mr. Jonathan Alan Patchen