No. 26-50076

# UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

IN RE YOUTUBE LLC, GOOGLE LLC, AND ALPHABET, INC.

*Petitioners.*

On Petition for Writ of Mandamus from the United States District Court
for the Western District of Texas (No. 1:25-cv-01095-ADA)

## PETITIONERS' OPPOSED MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF PETITION FOR WRIT OF MANDAMUS

Steven J. Wingard
Robyn Hargrove
Eli Barrish
SCOTT DOUGLASS & MCCONNICO LLP
303 Colorado Street, Suite 2400
Austin, TX 78701
(512) 495-6300

Jonathan Patchen
Michael A. Rome
Anika Holland
Madeleine R. Ahlers
COOLEY LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
(415) 693-2000
jpatchen@cooley.com

Connie L. Wang
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304
(650) 843-5000

*Counsel for Petitioners*
*YouTube LLC, Google LLC, and Alphabet, Inc.*

Petitioners respectfully seek leave to file a brief reply in support of their petition for writ of mandamus, attached as Exhibit A. Respondent Defense Distributed indicated that it opposes this motion.

Petitioners filed their petition seeking mandamus relief from the district court's order denying their motion to transfer on January 22, 2026. Dkt. No. 2. On February 6, this Court called for a response to be filed no later than February 13. Dkt. No. 10. On February 10, this Court granted Petitioners' opposed motion for a stay of district court proceedings pending resolution of the petition. Dkt. No. 22. Defense Distributed filed its response to the petition on February 13. Dkt. No. 32.

Defense Distributed's response asserts that the Supreme Court's interpretation of *The Bremen*'s public-policy exception in *Great Lakes Insurance SE v. Raiders Retreat Realty Co.*, 601 U.S. 65 (2024), is limited to the maritime and admiralty contexts, and introduces novel theories for why this Court should deny or delay mandamus relief that are only tangentially related to the legal issues raised in the petition. Petitioners recognize that they are not entitled to a reply in support of their petition as of right, so their proposed reply responds only to those particular arguments and not other issues already fully addressed in the petition, including, for example, the balancing of public-interest factors. Thus, in seeking leave to file a limited reply brief, Petitioners are not conceding the correctness of Defense

Distributed's other arguments.  Petitioners respectfully submit that this focused brief will aid the Court in its disposition of the petition.

Petitioners' proposed reply is 9 pages and 2,054 words—well under half the 7,800-word limit applicable to petitions for mandamus and responses.  *See* Fed. R. App. P. 27(d)(2)(A); *see also* Fed. R. App. P. 32(a)(7)(B)(ii) (setting the standard word limit for reply briefs at half the length of principal briefs).  This Court has routinely granted similar requests to file short replies that are under half the word limit for mandamus petitions and responses.  *See, e.g.*, *In re Itron, Inc.*, No. 17-60733 (5th Cir. Nov. 28, 2017); *In re JP Morgan Chase & Co.*, No. 18-20825 (5th Cir. Jan. 3, 2019); *In re Plaquemines Parish*, No. 22-30255 (5th Cir. May 26, 2022); *In re Media Matters for America*, No. 25-10630 (5th Cir. June 20, 2025).

Accordingly, Petitioners respectfully request that this Court grant them leave to file the attached reply brief in support of their petition for writ of mandamus.

| | |
|---|---|
| Dated:   February 17, 2026 | Respectfully submitted,<br><br>*/s/ Jonathan Patchen*<br>Jonathan Patchen<br>Michael A. Rome<br>Anika Holland<br>Madeleine R. Ahlers<br>COOLEY LLP<br>3 Embarcadero Center, 20th Floor<br>San Francisco, CA 94111<br>(415) 693-2000<br>jpatchen@cooley.com |

Connie L. Wang
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304
(650) 843-5000

Steven J. Wingard
Robyn Hargrove
Eli Barrish
SCOTT DOUGLASS & MCCONNICO LLP
303 Colorado Street, Suite 2400
Austin, TX 78701
(512) 495-6300

*Counsel for Petitioners YouTube LLC, Google LLC, and Alphabet, Inc.*

## CERTIFICATE OF SERVICE

I certify that on February 17, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

*/s/ Jonathan Patchen*
Jonathan Patchen

## CERTIFICATE OF CONFERENCE

I certify that counsel for Petitioners contacted counsel for Respondent regarding the foregoing motion. Counsel for Respondent indicated that Respondent opposes the motion. *See* 5th Cir. R. 27.4.

*/s/ Jonathan Patchen*
Jonathan Patchen

# **CERTIFICATE OF COMPLIANCE**

I certify that:

1. This motion complies with the type-volume limitations of Federal Rule of Appellate Procedure 27(d)(2)(A) because it consists of 409 words, excluding the parts of the motion exempted by Federal Rule of Appellate Procedure 32(f).

2. This motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6), as incorporated by Federal Rule of Appellate Procedure 27(d)(1)(E), because it has been prepared in a proportionally spaced, serif typeface using Microsoft Word in 14-point Times New Roman font.

*/s/ Jonathan Patchen*
Jonathan Patchen