# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
February 19, 2026
Lyle W. Cayce
Clerk

No. 26-50076

───────────────────

In re Youtube, L.L.C.; Google, L.L.C.; Alphabet, Incorporated,

*Petitioners.*

───────────────────────────────────────────

Petition for a Writ of Mandamus
to the United States District Court
for the Western District of Texas
USDC No. 1:25-CV-1095

───────────────────────────────────────────

ORDER:

IT IS ORDERED that Petitioners' motion for leave to file a reply in support of the writ of mandamus is DENIED.


LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT