# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

February 23, 2026

Mr. Chad Flores  
Flores Law, P.L.L.C.  
917 Franklin Street  
Suite 600  
Houston, TX 77002

    No. 26-50076   In re: Youtube, L.L.C.  
                           USDC No. 1:25-CV-1095

Dear Mr. Flores,

We received your Response to the motion for a stay.

No action is taken in light of the Court order issued 2/10/26,

                                    Sincerely,

                                    LYLE W. CAYCE, Clerk

                                    By: _____  
                                    Melissa B. Courseault, Deputy Clerk  
                                    504-310-7701

cc:  
    Ms. Madeleine Ahlers  
    Mr. Elijah Barton Barrish  
    Ms. Robyn Bigelow Hargrove  
    Ms. Anika Holland  
    Mr. Jonathan Alan Patchen  
    Mr. Michael Rome  
    Ms. Connie Lu Wang  
    Mr. Steven James Wingard