# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**  
**CLERK**

**TEL. 504-310-7700**  
**600 S. MAESTRI PLACE,**  
**Suite 115**  
**NEW ORLEANS, LA 70130**

February 23, 2026

Mr. Jonathan Alan Patchen  
Cooley, L.L.P.  
3 Embarcadero Center  
20th Floor  
San Francisco, CA 94111-0000

    No. 26-50076   In re: Youtube, L.L.C.  
                       USDC No. 1:25-CV-1095

Dear Mr. Patchen,

We received your Reply to response to motion for stay.

The reply is unnecessary as we took no action on the response.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____  
                              Melissa B. Courseault, Deputy Clerk  
                              504-310-7701

cc:  
    Ms. Madeleine Ahlers  
    Mr. Elijah Barton Barrish  
    Mr. Chad Flores  
    Ms. Robyn Bigelow Hargrove  
    Ms. Anika Holland  
    Mr. Michael Rome  
    Ms. Connie Lu Wang  
    Mr. Steven James Wingard