# United States Court of Appeals
# for the Fifth Circuit

No. 26-50076

United States Court of Appeals
Fifth Circuit
**FILED**
March 18, 2026
Lyle W. Cayce
Clerk

IN RE YOUTUBE, L.L.C.; GOOGLE, L.L.C.; ALPHABET, INCORPORATED,

*Petitioners.*

Petition for a Writ of Mandamus
to the United States District Court
for the Western District of Texas
USDC No. 1:25-CV-1095

ORDER:

IT IS ORDERED that the opposed motion by the State of Texas for leave to file their *amicus curiae* brief out of time is GRANTED.

IT IS FURTHER ORDERED that Petitioner's motion for leave to file a response to the *amicus curiae* brief within 14 days if the court grants the instant motion is GRANTED.

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT