# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 18, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 26-50076   In re: Youtube, L.L.C. v. n
             USDC No. 1:25-CV-1095

Enclosed is an order entered in this case.

          Sincerely,

          LYLE W. CAYCE, Clerk

          By: _____
          Renee S. McDonough, Deputy Clerk
          504-310-7673

Ms. Madeleine Ahlers
Mr. Elijah Barton Barrish
Mr. Chad Flores
Ms. Robyn Bigelow Hargrove
Ms. Anika Holland
Mr. Jonathan Alan Patchen
Mr. Nathaniel Anson Plemons
Mr. Michael Rome
Ms. Connie Lu Wang
Mr. Steven James Wingard