# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

March 19, 2026

Lyle W. Cayce
Clerk

No. 26-50076

In re Youtube, L.L.C.; Google, L.L.C.; Alphabet, Incorporated,

*Petitioners.*

Petition for a Writ of Mandamus
to the United States District Court
for the Western District of Texas
USDC No. 1:25-CV-1095

## UNPUBLISHED ORDER

Before Graves, Ho, and Douglas, *Circuit Judges*.[1]

Per Curiam:

IT IS ORDERED that the petition for writ of mandamus is DENIED.

**Certified as a true copy and issued
as the mandate on Mar 19, 2026**

**Attest:** *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

---

[1]     Judge Douglas would grant the petition for writ of mandamus.